**UNITED STATE DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

**CASE NO. 21-80067-CR-CANNON**

**UNITED STATES OF AMERICA**,

    Plaintiff,
v.

**JEFFREY CHERRY**,

    Defendant.
_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION**

**THIS CAUSE** comes before the Court upon the Report and Recommendation entered by Magistrate Judge Bruce Reinhart Following Change of Plea Hearing [ECF No. 47]. On August 2, 2021, Magistrate Judge Reinhart held a Change of Plea hearing during which Defendant pled guilty to Count One of the Indictment [ECF No. 14]. Magistrate Judge Reinhart thereafter issued a Report and Recommendation on Change of Plea [ECF No. 47]. No party has filed objections to the Report, and the time to do so has expired.

The Court has conducted a review of the record and finds no error in the Report. Therefore, it is **ORDERED AND ADJUDGED** as follows:

1. The Report and Recommendation [ECF No. 47] is **AFFIRMED AND ADOPTED**.

2. The guilty plea entered into by Defendant Jeffrey Cherry as to Count One of the Indictment is **ACCEPTED**;

3. Defendant Jeffrey Cherry is adjudicated guilty of Count One of the Indictment, which charges him with distribution of a controlled substance (detectable amounts of heroin and fentanyl), in violation of Title 21, United States Code, Section 841(a)(1) and

CASE NO. 21-80067-CR-CANNON

    (b)(1)(C).

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida this 20th day of August 2021.

    _____
    **AILEEN M. CANNON**
    **UNITED STATES DISTRICT JUDGE**

cc:    counsel of record